In the Matter of the Claim of PATRICK REGAN, Respondent, against THE SANITATION CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J.,

* Affd., 253 N. Y. 108.

Hinman and Hill, JJ., concur; Davis and Whitmyer, JJ., dissent, and vote for reversal and to remit on the ground that the findings are inconsistent and obscure; and it is impossible to determine therefrom and the evidence the periods when there was a total failure of earning capacity and when claimant had partial earning capacity; and the proper amount of reduced earning capacity for the period covered by the award.